**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case No. 24-cv-04610-NEB-TNL |
| *Plaintiff*, | |
| v. | **STIPULATION REGARDING DEFENDANTS' RESPONSES TO PLAINTIFF'S COMPLAINT** |
| Walmart Inc. & Branch Messenger, Inc., | |
| *Defendants*. | |

Walmart Inc. ("Walmart"), Branch Messenger, Inc. ("Branch" and, together with Walmart, "Defendants"), and the Consumer Financial Protection Bureau ("Plaintiff" and, together with Defendants, the "Parties"), by and through undersigned counsel, stipulate and agree and jointly request that the Court approve the Parties' proposed schedule set forth below:

WHEREAS, on December 23, 2024, Plaintiff filed its complaint in the United States District Court for the District of Minnesota (Dkt. No. 1);

WHEREAS, on January 14, 2025, Walmart executed a Waiver of the Service of Summons form (Dkt. No. 9);

WHEREAS, on January 21, 2025, Branch executed a Waiver of the Service of Summons form (Dkt. No. 10);

WHEREAS, Defendants' current deadline to file responses to the complaint is February 21, 2025;

WHEREAS, the Parties, through their counsel, have agreed to the schedule set forth below, to the extent it also is agreeable to the Court; and

1

WHEREAS, Defendants expressly reserve all rights and defenses, including any objections to the Court's jurisdiction, and nothing in this Stipulation shall be construed as a waiver of any right or defense available to them,

IT IS ACCORDINGLY STIPULATED, subject to this Court's approval, that:

1. Defendants shall answer, move, or otherwise respond to Plaintiff's complaint on or before March 7, 2025;

2. On or before April 11, 2025, Plaintiff shall file oppositions to any motions filed by Defendants referenced in Paragraph 1; and

3. Defendants shall file replies, if any, on or before April 25, 2025.

Stipulated by and between:

Dated:    January 28, 2025

Respectfully submitted,

/s/ *Kristin K. Zinsmaster*
Kristin K. Zinsmaster (MN #0391299)
JONES DAY
90 South Seventh Street
Suite 4950
Minneapolis, MN  55402
Telephone:  (612) 217-8800
kzinsmaster@jonesday.com

Brian C. Rabbitt*
Patrick T. Haney*
Brinton Lucas*
JONES DAY
51 Louisiana Avenue NW
Washington, DC  20001
Telephone:  (202) 879-3939
brabbitt@jonesday.com
phaney@jonesday.com
blucas@jonesday.com

*Counsel for Defendant Walmart Inc.*

* *pro hac vice admission pending*

/s/ *Eric R. Sherman*
Eric R. Sherman (#0331430)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
sherman.eric@dorsey.com

Matthew Kutcher*
COOLEY LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
Telephone: (312)-881-6500
mkutcher@cooley.com

3

Michelle Rogers*
COOLEY LLP
1299 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
Telephone: (202)-842-7800
mrogers@cooley.com

*Counsel for Defendant Branch Messenger, Inc.*

*\* pro hac vice admission forthcoming*

/s/ Rebeccah G. Watson
Nicole Mauri *(pro hac vice)*
Rebeccah G. Watson *(pro hac vice)*
Sabita Krishnan *(pro hac vice)*
CONSUMER FINANCIAL PROTECTION
BUREAU
1700 G Street NW
Washington, DC 20552
Telephone: 202-435-9799
nicole.mauri@cfpb.gov

*Counsel for Plaintiff Consumer Financial Protection Bureau*