UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case No. 24-cv-04610-NEB-TNL |
| *Plaintiff*, | |
| v. | **DEFENDANTS' UNOPPOSED MOTION TO STAY CASE AND VACATE EXISTING CASE DEADLINES** |
| Walmart Inc. & Branch Messenger, Inc., | |
| *Defendants*. | |

Defendants Walmart Inc. ("Walmart") and Branch Messenger, Inc. ("Branch," and together with Walmart, "Defendants") hereby move the Court to enter an Order (1) staying the litigation, including Defendants' deadline for responding to the Consumer Financial Protection Bureau's (the "Bureau") complaint; (2) vacating all existing deadlines; and (3) setting a status conference in approximately sixty days, consistent with the Court's schedule. The Bureau does not oppose the relief sought.

In support of its Unopposed Motion, Defendants rely on the accompanying Memorandum of Law and Declaration of Kristin K. Zinsmaster. For the reasons articulated in the supporting memorandum and based on the entire record in this matter, Defendants respectfully requests that the Court grant their Motion.

Dated:  February 12, 2025

Respectfully submitted,

/s/ Kristin K. Zinsmaster
Kristin K. Zinsmaster (MN #0391299)
JONES DAY
90 South Seventh Street
Suite 4950
Minneapolis, MN  55402
Telephone:  (612) 217-8800
kzinsmaster@jonesday.com

Brian C. Rabbitt (*pro hac vice*)
Patrick T. Haney (*pro hac vice*)
Brinton Lucas (*pro hac vice*)
JONES DAY
51 Louisiana Avenue NW
Washington, DC  20001
Telephone:  (202) 879-3939
brabbitt@jonesday.com
phaney@jonesday.com
blucas@jonesday.com

*Counsel for Defendant Walmart Inc.*

/s/ Eric R. Sherman
Eric R. Sherman (#0331430)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
sherman.eric@dorsey.com

Matthew Kutcher *(pro hac vice)*
COOLEY LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
Telephone: (312)-881-6500
mkutcher@cooley.com

2

Michelle Rogers *(pro hac vice)*
COOLEY LLP
1299 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
Telephone: (202)-842-7800
mrogers@cooley.com

*Counsel for Defendant Branch Messenger, Inc.*