**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case No. 24-cv-04610-NEB-TNL |
| *Plaintiff*, | |
| v. | **LR 7.1 COMPLIANCE CERTIFICATE** |
| Walmart Inc. & Branch Messenger, Inc., | |
| *Defendants*. | |

I, Kristin K. Zinsmaster, certify that Defendants' Memorandum in Support of Defendants' Unopposed Motion to Stay Case and Vacate Existing Case Deadlines ("Memorandum") complies with the word limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h). I further certify that, in preparation of this Memorandum, I used Microsoft Word 365, and that the word-count feature of this word-processing program has been applied to all text, including headings, footnotes, and quotations, but excluding those portions of the Memorandum excepted by Local Rule 7.1(C)(i)-(v).

The above-referenced Memorandum contains 1,536 words.

2

Dated: February 12, 2025

Respectfully submitted,

*/s/ Kristin K. Zinsmaster*
Kristin K. Zinsmaster (MN #0391299)
JONES DAY
90 South Seventh Street
Suite 4950
Minneapolis, MN  55402
Telephone:  (612) 217-8800
kzinsmaster@jonesday.com

*Counsel for Defendant Walmart Inc.*

2