**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Consumer Financial Protection Bureau,

*Plaintiff*,

v.

Walmart Inc. & Branch Messenger, Inc.,

*Defendants*.

Case No. 24-cv-04610-NEB-TNL

**DECLARATION OF KRISTIN K. ZINSMASTER IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO STAY CASE AND VACATE EXISTING CASE DEADLINES**

I, Kristin K. Zinsmaster, state and depose as follows:

1. I am an attorney with the law firm Jones Day, which represents Defendant Walmart Inc. ("Walmart") in this action. I submit this Declaration in support of Walmart and Defendant Branch Messenger, Inc.'s (together with Walmart, "Defendants") Unopposed Motion to Stay Case and Vacate Existing Case Deadlines (the "Motion").

2. I make this Affidavit based upon my personal knowledge, as informed by the documents attached hereto and my involvement in this case.

3. Attached as **Exhibit A** is a true and correct copy of email correspondence between counsel for Defendants and counsel for the Consumer Financial Protection Bureau regarding the relief sought in the Motion.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on February 12, 2025

*/s/ Kristin K. Zinsmaster*
Kristin K. Zinsmaster