## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Consumer Financial Protection Bureau,

        Plaintiff,

v.

Walmart Inc. & Branch Messenger, Inc.,

        Defendants.

Case No. 24-cv-4610 (NEB/TNL)

**ORDER STAYING CASE**

This matter is before the Court on Defendant Walmart Inc. and Defendant Branch Messenger, Inc.'s Unopposed Motion to Stay Case and Vacate Existing Case Deadlines, ECF No. 28. Based on the unopposed Motion, Memorandum in Support, and Declaration of Kristin K. Zinsmaster, the Court finds good cause to grant the unopposed Motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1.    Defendants' Unopposed Motion to Stay Case and Vacate Existing Case Deadlines, ECF No. 28, is **GRANTED**.

2.    The hearing on this Motion set for March 6, 2025 at 1:30 PM is **STRICKEN** from this Court's calendar.

3.    This matter is **STAYED** until further Court Order.

4.    All deadlines, including Defendants' March 7, 2025, deadline to respond to Plaintiff's Complaint are **VACATED**.

5.    The parties shall contact the Magistrate Judge on or shortly before May 16, 2025, to schedule a status conference.

Dated: February 20, 2025

_s/Tony N. Leung_
Tony N. Leung
United States Magistrate Judge
District of Minnesota

_Consumer Financial Protection Bureau v._
_Walmart Inc. & Branch Messenger, Inc.,_
Case No. 24-cv-4610 (NEB/TNL)