UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Walmart Inc. & Branch Messenger, Inc.,<br><br>　　Defendants. | Case No. 0:24-cv-04610-NEB-ECW |

### Plaintiff's Notice of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Consumer Financial Protection Bureau dismisses with prejudice this action against Defendants Walmart Inc. and Branch Messenger, Inc.

　　DATED: May 13, 2025

　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　Mark Paoletta
　　　　　　　　　　　　　　　　　　*Chief Legal Officer*

Cara Petersen
*Acting Enforcement Director*

Deborah Morris
*Deputy Enforcement Director*

Rebeccah Bower
*Assistant Litigation Deputy*


/s/ Rebeccah G. Watson
REBECCAH G. WATSON
(DC Bar No. 989313)
*Admitted Pro Hac Vice*
(202) 435-7895
Rebeccah.Watson@cfpb.gov
NICOLE A. MAURI
(Cal. Bar No. 330692)
*Admitted Pro Hac Vice*
(202) 435-9799
Nicole.Mauri@cfpb.gov
SABITA KRISHNAN
(NY Bar No. 4418802)
*Admitted Pro Hac Vice*
(202) 718-2836
Sabita.Krishnan@cfpb.gov

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722

For the Consumer Financial Protection Bureau